IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUAN OSCAR DOMINGUEZ,

     Petitioner,

v.                       CASE NO. 1D16-3133

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed September 8, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Juan Oscar Dominguez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the February 1, 2016, judgment and sentence in Duval County Circuit Court case number 16-2013-CF-008838-AXXX-MA. Upon issuance of mandate in

this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.